Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorney for Plaintiff,
JAMES FOKUM

FILED
FEB 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EDL

| | |
|---|---|
| JAMES FOKUM, | Case No.: C 13 0811 |
| Plaintiff, | VERIFIED COMPLAINT |
| v. | (Unlawful Debt Collection Practices) |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., | |
| Defendant. | |

JAMES FOKUM (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against CO-OPERATIVE ADJUSTMENT BUREAU, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Windsor, Sonoma County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with offices in Pleasant Hill, California.

## FACTUAL ALLEGATIONS

10. Defendant placed at least one collection call to Plaintiff seeking and demanding payment for an alleged debt arising from transactions for personal, household, and/or family purposes.

11. Defendant placed at least one collection call to Plaintiff at phone number 916-801-02XX.

12. In or around December 2012, Defendant's representative, "George Worker," placed a collection call to Plaintiff and left a voicemail message. *See* Transcribed voicemail message attached hereto as Exhibit A.

13. In the voicemail message, Defendant's representative, "George Worker" failed to state that the call was being placed from a debt collector, and failed to state that the call was being placed in an attempt to collect an alleged debt. *See* Exhibit A.

14. In the voicemail message, Defendant's representative, "George Worker," directed Plaintiff to return the call to 1-800-331-0009 extension 108, which is a number that belongs to Defendant. *See* Exhibit A.

15. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of a debt;

    b. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

    c. Defendant violated §1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, JAMES FOKUM, respectfully requests judgment be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC. for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.* to wit: Section 1692e.

WHEREFORE, Plaintiff, JAMES FOKUM, respectfully requests judgment be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., for the following:

22. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

24. Any other relief that this Honorable Court deems appropriate.

                                                RESPECTFULLY SUBMITTED,

DATED: January 25, 2013         KROHN & MOSS, LTD.

                                          By: _____

                                                    Ryan Lee
                                                Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

# **EXHIBIT A**

"Yeah, Mr. Fokum this is George Worker at Cooperative. Uh, you called me Friday, and I think I left you a message on Saturday, but uh, anyway, uh give me a buzz, my number is 800-331-0009, my extension is 108. Thanks.