Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorney for Plaintiff,
JAMES FORKUM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FORKUM, | Case No.: 13-cv-00811-SBA |
| Plaintiff, | **AMENDED COMPLAINT** |
| v. | **(Unlawful Debt Collection Practices)** |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., | |
| Defendant. | |

JAMES FORKUM (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against CO-OPERATIVE ADJUSTMENT BUREAU, INC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Amended Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Amended Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Windsor, Sonoma County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with offices in Pleasant Hill, California.

## FACTUAL ALLEGATIONS

10. Defendant placed at least one collection call to Plaintiff seeking and demanding payment for an alleged debt arising from transactions for personal, household, and/or family purposes.

11. Defendant placed at least one collection call to Plaintiff at phone number 916-801-02XX.

12. In or around December 2012, Defendant's representative, "George Worker," placed a collection call to Plaintiff and left a voicemail message. *See* Transcribed voicemail message attached hereto as Exhibit A.

13. In the voicemail message, Defendant's representative, "George Worker" failed to state that the call was being placed from a debt collector, and failed to state that the call was being placed in an attempt to collect an alleged debt. *See* Exhibit A.

14. In the voicemail message, Defendant's representative, "George Worker," directed Plaintiff to return the call to 1-800-331-0009 extension 108, which is a number that belongs to Defendant. S*ee* Exhibit A.

15. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of a debt;

    b. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

    c. Defendant violated §1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, JAMES FORKUM, respectfully requests judgment be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC. for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Amended Complaint as the allegations in Count II of Plaintiff's Amended Complaint.

21. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*. to wit: Section 1692e.

WHEREFORE, Plaintiff, JAMES FORKUM, respectfully requests judgment be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., for the following:

22. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

24. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: May 29, 2013        KROHN & MOSS, LTD.

By: _____

Ryan Lee
Attorney for Plaintiff

PLAINTIFF'S AMENDED COMPLAINT