UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES FORKUM,<br><br>    Plaintiff,<br><br>    vs.<br><br>CO-OPERATIVE ADJUSTMENT BUREAU, INC.,<br><br>    Defendant. | Case No:  C 13-0811 SBA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Order to Show Cause issued on July 3, 2013 (Dkt. 21) is VACATED.

2. The parties shall appear for a telephonic Case Management Conference on **August 7, 2013 at 2:45 p.m.** Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: July 23, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge