1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES FORKUM,<br><br>          Plaintiff,<br><br>   vs.<br><br>CO-OPERATIVE ADJUSTMENT<br>BUREAU, INC.,<br><br>       Defendant. | Case No:  C 13-0811 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order on Plaintiff's motion for summary judgment (Dkt. 37) and the Court's Orders on Plaintiff's motion for statutory damages, attorney's fees, and costs (Dkt. 40, 42), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $250, plus attorney's fees and costs.  See Dkt. 40, 42.

IT IS SO ORDERED.

Dated:  8/4/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge