UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOKUM,<br><br>        Plaintiff,<br><br>    v.<br><br>CO-OPERATIVE ADJUSTMENT BUREAU, INC.,<br><br>        Defendant. | Case No. 13-cv-00811-SBA (KAW)<br><br>AMENDED ORDER GRANTING TELEPHONIC APPEARANCE IN PART<br><br>Re: Dkt. No. 47 |

Plaintiff's counsel's motion to appear telephonically at the Judgment Debtor examination on December 18, 2014 at 11:00 A.M. is GRANTED IN PART.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*, regarding his telephonic appearance when the case is called and the judgment debtor is sworn by the Court. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

In order for Plaintiff's counsel to appear telephonically at the examination itself, however, the parties must make their own arrangements for that appearance, as the Court is unable to provide any assistance other than securing a location. If the parties are unable to independently facilitate Plaintiff's counsel's telephonic appearance at the examination, he must appear personally or make other arrangements to ensure that his client is represented.

IT IS SO ORDERED.

Dated: December 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge