Ryan S. Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x241
Fax: (866) 861-1390
Attorney for Plaintiff,
JAMES FORKUM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMES FORKUM, | **Case No.: c 13-0811 SBA** |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION** |
| v. | |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., | Hearing Date: UNDER SUBMISSION |
| Defendant. | |

NOW COMES Plaintiff and Judgment Creditor, JAMES FORKUM ("Plaintiff" or "Judgment Creditor"), and hereby moves this Court for the issuance of a Writ of Execution against Defendant and Judgment Debtor, CO-OPERATIVE ADJUSTMENT BUREAU, INC.. ("Defendant" or "Judgment Debtor"). In support thereof, Plaintiff hereby states as follows:

1. On August 4, 2014, a Judgment in the amount of $22,511.90 was entered against Defendant. *See* Dkt. 40, 42, and 43. Interest has been accuring on this judgment at the rate of .12% per 28 U.S.C. 1961(a).

2. To date, Plaintiff has received a partial payment in the amount of $268.90. Including interest accrued, and less partial payment received, the total amount of Plaintiff's judgment currently stands at $22,263.50

3. As Defendant has failed to satisfy the Judgment, Plaintiff moves the Clerk of this Court to issue the writ of execution attached hereto as Exhibit "A" so that Plaintiff may enlist the United States Marshall Service to enforce the judgment entered against Defendant.

Date:   Friday, May 08, 2015              RESPECTFULLY SUBMITTED,
                                                         /s/ Ryan S. Lee
                                                         Ryan S. Lee
                                                         Attorney for Plaintiff,
                                                         JAMES FORKUM

PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION

## CERTIFICATE OF SERVICE

I, Matthew A. Rosenthal, hereby certify that on May 8, 2015 I filed the forgoing Plaintiff's Motion for Issuance of Writ Of Execution with the Clerk of the Court using the CM/ECF system, which provided notice of said filing to the following:

**Ralph L Pollard**
360 Civic Drives, Suite B
Pleasant Hill, CA 94523
rlpesq@att.net

                                           /s/ Ryan S. Lee
                                              Ryan S. Lee